*Messrs. Walter B. Gibbons* and *John Martin Doyle* for petitioners. No appearance for respondent.

No. 326. UNIVIS CORPORATION ET AL. *v.* RIPS ET AL.; and

No. 327. SAME *v.* GRIMSHAW. October 16, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.,* for petitioners. *Messrs. Victor D. Borst* and *Otto F. Barthel* for respondents. Reported below: 104 F. 2d 749.

No. 330. AMERICAN NATIONAL INSURANCE Co. *v.* YEE LIM SHEE ET AL. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John Walton Dinkelspiel* for petitioner. *Messrs. A. B. Bianchi* and *James M. Hanley* for respondents.

No. 331. NEW YORK LIFE INSURANCE Co. *v.* OSTROFF ET AL. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Edwin A. Meserve* and *Louis H. Cooke* for petitioner. No appearance for respondents.

No. 332. WATERMAN *v.* NEW YORK LIFE INSURANCE Co. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur Rosenblum* for petitioner. *Mr. Louis H. Cooke* for respondent.